IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARCIA VANCANNON                                                                           PLAINTIFF

VS.                             NO. 3:21CV00126 PSH

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                       DEFENDANT

ORDER

The plaintiff's unopposed motion for additional time (docket entry no. 10) in which to her brief is granted, and she is directed to submit her brief on or before December 20, 2021.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE