IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARCIA VANCANNON**                                        **PLAINTIFF**

VS.            No. 3:21-cv-00126 PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
    **Social Security Administration**                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE